# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

**DARYL HOBLIT**

**PLAINTIFF**  No.: 3:17-CV-00019

**v.**  *Reeves/Shirley*

**CSX TRANSPORTATION, INC.,**

**DEFENDANT**

## MOTION TO VOLUNTARILY DISMISS

Comes now the Plaintiff, Daryl Hoblit, by and through his undersigned attorneys, and files this his motion to voluntarily dismiss pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

*s/ Forrest Jackson*_____
Forrest Jackson (BPR # 033762)
PO Box 11508
Chattanooga, TN 37402
Phone: (423) 800-5995
Fax: (888) 410-6706
forrest@forrestjacksonlaw.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2019, a copy of the foregoing Motion to Voluntarily Dismiss, was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

*S/* Forrest Jackson