UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DARYL HOBLIT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 3:17-CV-00019 |
| | )        REEVES/POPLIN |
| CSX TRANSPORTATION, INC., | ) |
| | ) |
|     Defendant. | ) |

## ORDER OF DISMISSAL

Before the court is plaintiff's motion to voluntarily dismiss this action pursuant to Rule 41 of the Federal Rules of Civil Procedure [R. 20]. Defendant has informed the court that it has no objection to the motion. Accordingly,

Plaintiff's motion to dismiss is **GRANTED**, and this action is **DISMISSED, without prejudice**.

The Clerk is **DIRECTED** to remove the trial scheduled for April 9, 2019 from the calendar and to close the case.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE